UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2017 JAN 26 P 1:21
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| IN RE: DMCA SUBPOENA TO EBAY INC. | MISC. CIVIL ACTION NO. 3:17mc11(MPS)<br>JANUARY 24, 2017 |

## APPLICATION FOR SUBPOENA UNDER THE DIGITAL MILLENIUM COPYRIGHT ACT

Pursuant to 17 U.S.C. §512, the Digital Millennium Copyright Act ("DMCA"), the undersigned, on behalf of Dassault Systemes SolidWorks Corporation ("Dassault") and Adobe Systems Incorporated ("Adobe"), hereby requests that the Clerk for the United States District Court for the District of Connecticut issue a subpoena directed to eBay Inc. ("eBay") requesting production of documents necessary to identify the person(s) operating the eBay seller account known as "Advantrader". In support of this request, and in accordance with the DMCA, the undersigned provides herewith the following:

1. Proposed Subpoena (attached hereto as Exhibit A);
2. Declaration of BSA | The Software Alliance, on behalf of Dassault and Adobe, which includes evidence of the report of copyright infringement submitted to eBay (attached hereto as Exhibit B); and
3. Declaration of Counsel (attached hereto as Exhibit C).

THE APPLICANTS,
DASSAULT SYSTEMES SOLIDWORKS
CORPORATION, and
ADOBE SYSTEMS INCORPORATED

By: ______________________

Brian C. Roche – ct 17975
Gerald C. Pia, Jr. – ct 21296
Roche Pia, LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Phone: (203) 944-0235
Fax: (203) 567-8033
E-mail: broche@rochepia.com
gpia@rochepia.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Gerald C. Pia, Jr.
Brian C. Roche